**Emma Neebe, appellee, v. Clara K. Hecht, appellant. Gen. No. 29,196.**
Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles A. McDonald,

(603)

Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924.

Loucks, Eckert & Peterson, for appellant; A. R. Peterson and Tom Leeming, of counsel. Ranes, Lowenthal & Erickson, for appellee; Corinne L. Rice, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.